IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        )
GULFCO  LEASING                               ) Case No. 16 B 19760
                                              ) Hon. CAROL A. DOYLE
                                              ) Chapter 7
                    Debtor                    )

**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on January 5, 2016 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Gulfco Leasing
PO Box 21
Palos Park, IL 60464

Joseph R. Doyle
Bizar & Doyle
123 West Madison Street
Suite 205
Chicago, IL 60602

NOTE: NO CLAIMS FILED; SURPLUS TO DEBTOR


    /s/ Allan J. DeMars
    Trustee in Bankruptcy


Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603