# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GULFCO LEASING

Case No. 16-19760
Hon. CAROL A. DOYLE
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Allan J. DeMars, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,791.43 | | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $17,208.57 (see **Exhibit 2**), yielded net receipts of $2,791.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,791.43 | $2,791.43 | $2,791.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $140,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL DISBURSEMENTS** | $140,000.00 | $2,791.43 | $2,791.43 | $2,791.43 |

4) This case was originally filed under chapter 7 on 06/16/2016. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2017      By: /s/ Allan J. DeMars
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| settlement of potential preference avoidance | 1241-000 | $20,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GULFCO LEASING | surplus | 8200-002 | $17,208.57 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $17,208.57 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $92.43 | $92.43 | $92.43 |
| Allan J. DeMars | 2100-000 | N/A | $557.48 | $557.48 | $557.48 |
| Allan J. DeMars | 2200-000 | N/A | $4.02 | $4.02 | $4.02 |
| Allan J. DeMars | 3110-000 | N/A | $2,137.50 | $2,137.50 | $2,137.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,791.43 | $2,791.43 | $2,791.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 SCHEDULED NO CLAIMS FILED | | $140,000.00 | $0.00 | $0.00 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $140,000.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

EXHIBIT "8"    FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 16-19760  
Case Name: GULFCO LEASING  
For Period Ending: 3/31/17

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 6/16/16(F)  
§341(a) Meeting Date: 7/7/16  
Claims Bar Date: 10/27/16; GOVT 12/13/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  breach of contract/ tortious interference with contract claimed against Kabbage; against Ryan M. Kelly; against Bock & Hatch and various attorneys | 0.00 | 0.00 | | 0.00 | FA |
| 2  potential action to avoid preference to principal of debtor (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |

TOTALS (Excluding unknown values)                 20,000.00                 20,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing:

Initial Projected Date of Final Report (TFR): December, 2016        Current Projected Date of Final Report (TFR): 12/23/16

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 16-19760 | | | Trustee's Name: | Allan J. DeMars |
|---|---|---|---|---|---|
| Case Name: | GULFCO LEASING | | | Bank Name: | ASSOCIATED BANK |
| Taxpayer ID#: | xx-xxx5992 | | | Initial CD #: | CDI |
| For Period Ending: | 3/31/17 | | | Blanket bond (per case limit): | 5,000,000 |
| | | | | Separate bond (if applicable): | |
| | | | | Checking acct#: | XXXXXX7617 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction / Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 8/12/16 | Ref 2 | from Michael Henry, principal of debtor | settlement of potential cause of action to avoid preference / 1241-000 | 20,000.00 | | 20,000.00 |
| 8/17/16 | | Associated Bank | check printing charge / 2600-000 | | 47.43 | 19,952.57 |
| 9/15/16 | | Associated Bank | bank service charge / 2600-000 | | 15.00 | 19,937.57 |
| 10/14/16 | | Associated Bank | bank service charge / 2600-000 | | 15.00 | 19,922.57 |
| 11/15/16 | | Associated Bank | bank service charge / 2600-000 | | 15.00 | 19,907.57 |
| 2/8/17 | Check 1001 | Allan J. DeMars | trustee fees / 2100-000 | | 557.48 | 19,350.09 |
| 2/8/17 | Check 1002 | Allan J. DeMars | reimbursement of expenses / 2200-000 | | 4.02 | 19,346.07 |
| 2/8/17 | Check 1003 | Allan J. DeMars | attorney's fees / 3110-000 | | 2,137.50 | 17,208.57 |
| 2/8/17 | Check 1004 | Gulfco Leasing | surplus to debtor / 8200-002 | | 17,208.57 | 0.00 |
| | | | COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| | | | Net | 20,000.00 | 20,000.00 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# XXXXXX7617 | 20,000.00 | 20,000.00 | 0.00 |
| Net | 20,000.00 | 20,000.00 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |